# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN ASHRAF,<br><br>　　　Plaintiff<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　Defendant | Case No.: 2:23-cv-00973-APG-DJA<br><br>**Order Striking Certificate of Interested Parties**<br><br>[ECF No. 2] |

　　I ORDER that defendant State Farm's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of State Farm as required by the recent amendment to that rule.

　　I FURTHER ORDER State Farm to file a proper certificate of interested parties by July 12, 2023.

　　DATED this 28th day of June, 2023.

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE