M. Caleb Meyer, Esq. (Nevada Bar No. 13379)
Renee M. Finch, Esq. (Nevada Bar No. 13118)
**MESSNER REEVES LLP**
8945 W. Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:     (702) 363-5100
Facsimile:      (702) 363-5101
E-mail: cmeyer(a)messner.com
            rfinch(a)messner.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN ASHRAF,<br><br>              Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Corporation; and DOE/ROE BROKER/AGENT; DOES 1 through 10; and ROE CORPORATIONS 1-10,<br><br>              Defendants. | Case No. 2:23-cv-00973-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff BENJAMIN ASHRAF, by and through counsel of record GERALD I. GILLOCK, ESQ. and DANIEL J. MCADOREY, ESQ. of GERALD I. GILLOCK & ASSOCIATES, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:23-cv-00973 be dismissed, in its entirety, with prejudice, with each of the parties to bear their own attorney's fees and costs.

*Ill*

*Ill*

IT IS FURTHER STIPULATED that no trial is currently scheduled.

DATED this 26th day of February, 2024

**MESSNER REEVES LLP**

/s/Renee M. Finch
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Road Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*

Dated this 26 day of February, 2024.

**GERALD I. GILLOCK & ASSOCIATES**

Gerald I. Gillock, Esq.
Nevada Bar No. 51
Daniel J. McAdorey, Esq.
Nevada Bar No. 15433
428 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

IT IS SO ORDERED.

United States District Court Judge

DATED: February 27, 2024